UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STACEE SEVERINO, JILL COHEN, KENNEY REESE, SHARI ETCHEBARREN, and BRANDY MINNER, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

HISENSE USA CORPORATION,

Defendant(s).

Case No. 1:26-cv-04379-RMI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brandon M. Wise, an active member in good standing of the bar of Illinois and Missouri, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Melisa A. Rosadini-Knott, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 316369.

| | |
|---|---|
| One US Bank Plaza, Suite 1950<br>St. Louis, MO 63101 | 3435 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90010-1923 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (314) 833-4825 | (323) 982-4109 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| bwise@peifferwolf.com | mrosadini@peifferwolf.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: attached.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2026                                    Brandon M. Wise
                                                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Brandon M. Wise          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 13, 2026

ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                            2

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| Missouri State Court | Sept. 22, 2014 |
| Illinois State Court | May 7, 2015 |
| U.S. District Court, Central District of Illinois | Oct. 15, 2014 |
| U.S. District Court, Western District of Missouri | Nov. 13, 2014 |
| U.S. District Court, Southern District of Illinois | Dec. 4, 2014 |
| U.S. District Court, Eastern District of Missouri | Nov. 20, 2014 |
| U.S. District Court, District of Colorado | Sept. 12, 2016 |
| U.S. District Court, Southern District of Indiana | Oct. 31, 2016 |
| U.S. District Court, Western District of Tennessee | June 12, 2017 |
| U.S. Circuit Court, Seventh Circuit | Mar. 16, 2018 |
| U.S. District Court, Northern District of Illinois | May 22, 2019 |
| U.S. District Court, District of Nebraska | Sept. 2, 2022 |
| U.S. District Court, Middle District of Tennessee | Dec. 12, 2022 |
| U.S. Circuit Court, Sixth Circuit | Sept. 18, 2023 |
| U.S. Circuit Court, Eleventh Circuit | Jan. 21, 2025 |
| U.S. District Court, Western District of Michigan | April 22, 2025 |
| U.S. Circuit Court, Fourth Circuit | April 29, 2025 |

IL State Bar No: 6319580; Admitted 5-7-2015
MO State Bar No: 67242; Admitted 09-17-2014

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/17/2014,

## Brandon Michael Wise

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 21st day of April, 2026.

Betsy Ledgerwood

Clerk of the Supreme Court of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Brandon Michael Wise

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/07/2015 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of April, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois