Melisa A. Rosadini-Knott
mrosadini@peifferwolf.com
(California Bar No. 316369)
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109
*Attorney for Plaintiffs and the Proposed Class*

LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
MICHAEL D. ROTH (SBN 217464)
*mroth@kslaw.com*
SAMUEL C. CORTINA (SBN 310778)
*scortina@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443 4355
Facsimile: (213) 443 4310

Attorneys for Defendant
HISENSE USA CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

STACEE SEVERINO, JILL COHEN, KENNEY REESE, SHARI ETCHEBARREN, and BRANDY MINNER, *individually and on behalf of all others similarly situated,*

Plaintiffs,

v.

HISENSE USA CORPORATION,

Defendant.

Case No.: 3:26-cv-04379-MMC

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT**

Action Filed: May 12, 2026
FAC Filed: June 23, 2026

Plaintiffs Stacee Severino, Jill Cohen, Kenney Reese, Shari Etchebarren, and Brandy Minner ("Plaintiffs") and Defendant Hisense USA Corporation ("Defendant") (collectively, the "Parties") hereby stipulate with respect to the Case Management Conference set for August 28, 2026, at 10:30 a.m. In support thereof, the Parties agree and recite as follows:

WHEREAS, Plaintiffs filed the Complaint on May 12, 2026 (ECF No. 1);

WHEREAS, on May 19, 2026, the Court entered the Case Management Scheduling Order (ECF No. 17), requiring the Parties to file a Joint Case Management Statement by August 21, 2026, and setting the Case Management Conference for August 28, 2026, at 10:30 AM;

WHEREAS, Plaintiffs filed the First Amended Complaint on June 23, 2026 (ECF No. 19);

WHEREAS, Defendant executed a waiver of service on July 13, 2026 (ECF No. 20);

WHEREAS, counsel for the Parties have been in discussions regarding the Case Management Conference since July 20, 2026;

WHEREAS, during those discussions, Defendant indicated its intent to move to compel arbitration and to move to dismiss Plaintiffs' claims;

WHEREAS, the Parties held a Rule 26(f) conference on August 24, 2026, during which time they discussed, among other things, Defendant's intention to move to compel arbitration;

WHEREAS, the issues discussed at the Rule 26(f) conference involve multiple stakeholders whose review and approval are required;

WHEREAS, after consultation with and approval from all stakeholders, the Parties will file the Joint Case Management Statement on or before Wednesday, August 26, 2026, a draft of which they have exchanged and are actively revising;

WHEREAS, although the Parties are prepared to proceed with the Case Management Conference on August 28, 2026, the Parties believe it will conserve the Parties' and the Court's resources to continue the Case Management Conference to a date following the Court's resolution of Defendant's anticipated motions directed at the pleadings, including its motion to compel arbitration, or to such other date as the Court finds convenient, when the evidentiary, factual, and legal issues will be better defined;

WHEREAS, the Parties acknowledge that the Court's May 19, 2026 Order provides that any request to reschedule the Case Management Conference "shall be made not less than ten days before the conference date" unless impracticable, and respectfully submit that an earlier request was impracticable here because it arises out of the Parties' discussion of Defendant's intention to move to compel arbitration at the Parties' August 24, 2026 Rule 26(f) conference, and because consultation with and approval from multiple stakeholders for the parties was required;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, subject to the Court's approval, that:

1. The Parties shall file their Joint Case Management Statement on or before Wednesday, August 26, 2026;

2. The Parties respectfully request that the Court continue the Case Management Conference currently set for August 28, 2026, to a date following resolution of Defendant's anticipated motions, or to such other date as the Court finds convenient; provided, however, that the Parties remain prepared to proceed on August 28, 2026, should the Court prefer to hold the conference as scheduled; and

3. The Parties shall file an updated Joint Case Management Statement not less than seven days before any continued Case Management Conference.

Dated: August 25, 2026

Respectfully submitted,

**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**

By: <u>*/s/ Andrew R. Tate*</u>
Andrew R. Tate*
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
Tel: (314) 669-3600
atate@peifferwolf.com

Brandon M. Wise*
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Tel: (314) 833-4825
bwise@peifferwolf.com

**KING & SPALDING LLP**

By: <u>*/s/ Livia M. Kiser*</u>
Livia M. Kiser (Bar No. 258411)
Michael D. Roth (Bar No. 217464)
Samuel C. Cortina (Bar No. 310778)
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 218-4015
lkiser@kslaw.com
mroth@kslaw.com
scortina@kslaw.com

Melisa A. Rosadini-Knott
(California Bar No. 316369)
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
Tel: (323) 982-4109
mrosadini@peifferwolf.com

* *pro hac vice*

*Counsel for Plaintiffs and the Proposed Class*

*Counsel for Defendant Hisense USA Corporation*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Andrew R. Tate*

Andrew R. Tate



KING & SPALDING LLP
ATTORNEYS AT LAW
LOS ANGELES

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that: (1) the Parties shall file their Joint Case Management Statement on or before August 26, 2026; (2) the Case Management Conference currently set for August 28, 2026, at 10:30 a.m. is CONTINUED to November 6, 2026, at 10:30 a.m.; and (3) the Parties shall file an updated Joint Case Management Statement not less than seven days before the continued Case Management Conference.

IT IS SO ORDERED.

Dated: August 26, 2026

HON. MAXINE M. CHESNEY

United States District Judge

Melisa A. Rosadini-Knott
mrosadini@peifferwolf.com
(California Bar No. 316369)
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109
*Attorney for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

STACEE SEVERINO, JILL COHEN, KENNEY REESE, SHARI ETCHEBARREN, and BRANDY MINNER, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

HISENSE USA CORPORATION,

Defendant.

Case No.: 3:26-cv-04379-MMC

**DECLARATION OF ANDREW R. TATE IN SUPPORT OF JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT**

Action Filed: May 12, 2026
FAC Filed: June 23, 2026

I, Andrew R. Tate, declare as follows:

1. I am Of Counsel at Peiffer Wolf Carr Kane Conway & Wise LLP, counsel for Plaintiffs Stacee Severino, Jill Cohen, Kenney Reese, Shari Etchebarren, and Brandy Minner. I am admitted to practice before this Court pro hac vice. I make this declaration pursuant to Civil Local Rules 6-2(a) and 6-3, and pursuant to the Court's May 19, 2026 Case Management Scheduling Order (ECF No. 17), in support of the Parties' Joint Stipulation and [Proposed] Order Regarding the Case Management Conference and Joint Case Management Statement. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.

2. **Reasons for the requested modification (Civil L.R. 6-2(a)(1)).** The Court's May 19, 2026 Order set the Case Management Conference for August 28, 2026, with the Parties' Joint Case Management Statement due August 21, 2026. Defendant Hisense USA Corporation executed a waiver of the service of summons on July 13, 2026 (ECF No. 20), making its responsive pleading due September 8, 2026. Counsel for the Parties have conferred regarding case management repeatedly since July 20, 2026. On August 24, 2026, the parties discussed Defendant's intention to move to compel arbitration in addition to moving to dismiss. Finalizing the Parties' Joint Case Management Statement has required consultation with and approval from multiple client stakeholders, and the Parties will file the Statement on or before August 26, 2026.

3. **Timing of the request to reschedule.** The Court's May 19, 2026 Order provides that any request to reschedule the conference shall be made not less than ten days before the conference date "[u]nless impracticable." An earlier request was impracticable here given the Parties' discussions regarding the sequencing of the conference and Defendant's anticipated motions were not complete until the Rule 26(f) conference.

4. **Previous time modifications (Civil L.R. 6-2(a)(2)).** There have been no previous time modifications in this case by stipulation or Court order, other than the resetting of case management dates upon reassignment of this action (ECF No. 17).

5. **Effect on the case schedule (Civil L.R. 6-2(a)(3)).** The requested relief would (a) permit the Joint Case Management Statement to be filed on or before August 26, 2026, and (b) continue the August 28, 2026 Case Management Conference to a date selected by the Court, with an updated joint statement due not less than seven days before the continued conference. No other deadlines have been set by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2026, in Atlanta, Georgia.

*/s/ Andrew R. Tate*

Andrew R. Tate