LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
MICHAEL D. ROTH (SBN 217464)
*mroth@kslaw.com*
SAMUEL C. CORTINA (SBN 310778)
*scortina@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443 4355
Facsimile: (213) 443 4310

Attorneys for Defendant
HISENSE USA CORPORATION

Melisa A. Rosadini-Knott
mrosadini@peifferwolf.com
(California Bar No. 316369)
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109

*Attorney for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

STACEE SEVERINO, JILL COHEN, KENNEY REESE, SHARI ETCHEBARREN, and BRANDY MINNER, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

HISENSE USA CORPORATION,

Defendant.

Case No.: 3:26-cv-04379-MMC

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR HISENSE'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Action Filed: May 12, 2026
FAC Filed: June 23, 2026

Plaintiffs Stacee Severino, Jill Cohen, Kenney Reese, Shari Etchebarren, and Brandy Minner ("Plaintiffs") and Defendant Hisense USA Corporation ("Hisense") (collectively, the "Parties") hereby stipulate to a proposed briefing schedule in connection with Hisense's forthcoming Motion to Compel Arbitration and Motion to Dismiss the First Amended Complaint. In support thereof, the Parties agree and recite as follows:

WHEREAS, Plaintiffs filed the Complaint on May 12, 2026 (ECF No. 1);

WHEREAS, Plaintiffs filed the First Amended Complaint on June 23, 2026 (ECF No. 19);

WHEREAS, Hisense executed a waiver of service on July 13, 2026, making Hisense's response to the First Amended Complaint due on or before September 8, 2026 (ECF No. 20);

WHEREAS, the Parties held a Rule 26(f) conference on August 24, 2026, during which time they discussed, among other things, Hisense's intention to move to compel arbitration and to move to dismiss the claims in the First Amended Complaint;

WHEREAS, the Parties have since discussed a briefing schedule on Hisense's forthcoming motions that would accommodate, among other things, the forthcoming federal and religious holidays and a medical emergency that counsel encountered, and would permit the Parties sufficient time to address the issues presented in this case;

WHEREAS, entering the proposed briefing schedule will provide Hisense a *seven-day* extension of time to file its motions and will not affect any pending deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, that the following briefing schedule shall govern Hisense's Motion to Compel Arbitration and Motion to Dismiss the First Amended Complaint:

- Tuesday, September 15, 2026, Hisense deadline to file motions in response to First Amended Complaint
- Friday, October 9, 2026, Plaintiffs deadline to file oppositions in response to Hisense's motions
- Friday, October 23, 2026, Hisense deadline to file replies in support of its motions
- November 6, 2026, at 9:00am, proposed hearing date

Dated: September 2, 2026

**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**

By: /s/ *Andrew R. Tate*
Andrew R. Tate*
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
Tel: (314) 669-3600
atate@peifferwolf.com

Brandon M. Wise*
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Tel: (314) 833-4825
bwise@peifferwolf.com

Melisa A. Rosadini-Knott
(California Bar No. 316369)
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
Tel: (323) 982-4109
mrosadini@peifferwolf.com

* *pro hac vice*

*Counsel for Plaintiffs and the Proposed Class*

**KING & SPALDING LLP**

By: */s/ Samuel C. Cortina*
Livia M. Kiser (SBN 258411)
Michael D. Roth (SBN 217464)
Samuel C. Cortina (SBN 310778)
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 218-4015
lkiser@kslaw.com
mroth@kslaw.com
scortina@kslaw.com

*Counsel for Defendant Hisense USA Corporation*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Samuel C. Cortina*
SAMUEL C. CORTINA

LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
MICHAEL D. ROTH (SBN 217464)
*mroth@kslaw.com*
SAMUEL C. CORTINA (SBN 310778)
*scortina@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443 4355
Facsimile: (213) 443 4310

Attorneys for Defendant
HISENSE USA CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

STACEE SEVERINO, JILL COHEN, KENNEY REESE, SHARI ETCHEBARREN, and BRANDY MINNER, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

HISENSE USA CORPORATION,

Defendant.

Case No.: 3:26-cv-04379-MMC

*Hon. Maxine M. Chesney, Courtroom 7*

**DECLARATION OF SAMUEL C. CORTINA IN SUPPORT OF JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR HISENSE'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Action Filed: May 12, 2026
FAC Filed: June 23, 2026

**DECLARATION OF SAMUEL C. CORTINA**

I, Samuel C. Cortina, declare as follows:

1. I am a partner with the law firm King & Spalding LLP, counsel for Defendant Hisense USA Corporation ("Hisense") in the above-captioned matter. I make this declaration on my own personal knowledge and if sworn as a witness, I could and would testify competently to the matters stated herein.

2. **Local Rule 6-3.** This declaration is filed in support of the Joint Stipulation Regarding Briefing Schedule for Hisense's Motion to Compel Arbitration and Motion to Dismiss the First Amended Complaint.

3. The parties request an extension of Hisense's response deadline by *seven* days, and a slight modification of the standard briefing schedule, to provide the parties sufficient time to address the issues presented in this case and in consideration of the upcoming federal holiday (Labor Day Weekend) and religious holiday (Rosh Hashana) as well as a medical emergency that one of Hisense's counsel suffered this past week.

4. The parties have not previously requested any modification of these deadlines. This modification will not impact any pending deadlines in the case. The only Court-ordered deadline currently pending is the Case Management Conference set for November 6, 2026 (and the requirement to file an updated Joint Case Management Conference Statement in advance thereof). Under the briefing schedule that the parties propose, the hearing on Hisense's Motion to Compel Arbitration and Motion to Dismiss would be noticed on that same date and no deadlines would need to be changed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 2nd day of September, 2026 at Los Angeles, California.

SAMUEL C. CORTINA

LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
MICHAEL D. ROTH (SBN 217464)
*mroth@kslaw.com*
SAMUEL C. CORTINA (SBN 310778)
*scortina@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443 4355
Facsimile: (213) 443 4310

Attorneys for Defendant
HISENSE USA CORPORATION

Melisa A. Rosadini-Knott
mrosadini@peifferwolf.com
(California Bar No. 316369)
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109
*Attorney for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

STACEE SEVERINO, JILL COHEN, KENNEY REESE, SHARI ETCHEBARREN, and BRANDY MINNER, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

HISENSE USA CORPORATION,

Defendant.

Case No.: 3:26-cv-04379-MMC

**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR HISENSE'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Action Filed: May 12, 2026
FAC Filed: June 23, 2026

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' Joint Stipulation Regarding Briefing Schedule for Hisense's Motion to Compel Arbitration and Motion to Dismiss the First Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED that: (1) Hisense shall file its motions directed to the First Amended Complaint on or before Tuesday, September 15, 2026; (2) Plaintiffs shall file any opposition briefs on or before Friday, October 9, 2026; (3) Hisense shall file any reply briefs on or before Friday, October 23, 2026; and the hearing for the motions shall be set for 9:00 am, on Friday, November 6, 2026.

**IT IS SO ORDERED.**

Dated: September 3, 2026

HON. MAXINE M. CHESNEY
United States District Judge